

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-17-00275-CV

**IN THE INTEREST OF E.S.B.**, et al., Children

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-02146
Honorable Peter A. Sakai, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  July 26, 2017

DISMISSED

This is an appeal of the trial court's order terminating appellant's parental rights.  By order dated June 30, 2017, this appeal was abated to the trial court for an abandonment hearing because appellant's court-appointed attorney failed to file an appellant's brief.  The trial court was instructed to determine whether appellant desired to prosecute her appeal and whether appointed counsel had abandoned the appeal.

On July 10, 2017, the trial court conducted a hearing.  After hearing the appellant's testimony, the trial court signed an order finding appellant no longer desires to prosecute her appeal.

The appeal is reinstated on the docket of this court.  Based on the trial court's order finding appellant no longer desires to prosecute her appeal, the appeal is dismissed.  *See* TEX. R. APP. P. 2, 42.1.

PER CURIAM